United States District Court
Southern District of Ohio

**Related Case Memorandum**
**Civil Cases**

TO: (District Judges and Magistrate Judges assigned to alleged related cases)

FROM: Lori Nethero , Case Administrator

DATE: 11/15/13

SUBJECT: Case Caption: North v. McNamara et al

CASE: Case Number: 1:13-cv-833

DISTRICT JUDGE: Susan J. Dlott

File Date: 11/14/2013

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Greater Pennsylvania Carpenters Pension Fund v. Chemed Corp. et al

Case Number: 1:12-cv-0028     District Judge: Michael R. Barrett

File Date: 1/12/2012     Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:     District Judge:

File Date:     Magistrate Judge:

Memo Re: Related Civil Cases  
Page 2

The District Judges having conferred, we respond to Case Administrator   <u>Lori Nethero</u>  
as follows:

**Judges' Response:**

    ☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

    ☒    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   <u>Michael R. Barrett</u>

    ☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

    ☐    We are unable to agree and will accept any decision made by the Chief Judge.

    ☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

    ☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

    ☐    Other Direction of Judge: _____

_____

                                              s/Michael R. Barrett  
                                    United States District Judge

                                              s/Susan J. Dlott  
                                    United States District Judge

                                    United States District Judge

Cc:   Courtroom Deputies

*Revised 7/19/2012*