**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| MILDRED A. NORTH, derivatively on behalf of CHEMED CORPORATION, | Civil Action No. 1:13-cv-0833-MRB<br>Judge Michael R. Barrett |
| Plaintiff, | (ECF Filed) |
| v. | |
| KEVIN J. MCNAMARA, et al., | |
| Defendants, | **CERTIFICATE OF SERVICE** |
| -and- | |
| CHEMED CORPORATION, a Delaware corporation, | |
| Nominal Defendant. | |

The Notice of Appearance (Document 5) was served upon All Counsel of Record in the above-captioned action on December 18, 2013 via the Court's CM/ECF Electronic Filing System.

Respectfully submitted,

DINSMORE & SHOHL LLP

s/: Brian S. Sullivan
Brian S. Sullivan (OH Bar No. 0040219)
brian.sullivan@dinsmore.com
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141

*Counsel for Defendants and Nominal Defendant Chemed Corporation*