UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MILDRED A. NORTH, derivatively on behalf of CHEMED CORPORATION, | Civil Action No. 1:13-cv-833<br>Judge Michael R. Barrett |
| Plaintiff, | |
| v. | |
| KEVIN J. MCNAMARA, DAVID WILLIAMS, TIMOTHY O'TOOLE, JOEL F. GEMUNDER, PATRICK B. GRACE, WALTER L. KREBS, ANDREA R. LINDELL, THOMAS P. RICE, DONALD E. SAUNDERS, GEORGE J. WALSH III, FRANK E. WOOD, and THOMAS C. HUTTON, | **ORDER GRANTING SECOND JOINT MOTION TO ESTABLISH FILING DEADLINES** |
| Defendants, | |
| -and- | |
| CHEMED CORPORATION, a Delaware corporation, | |
| Nominal Defendant. | |

For GOOD CAUSE SHOWN, the Parties' Second Joint Motion To Establish Filing Deadlines (Doc. 9) is found to be well-taken and is hereby GRANTED.  IT IS HEREBY ORDERED THAT:

1. Unless otherwise ordered by the Court, on or before February 20, 2014, Defendants shall move, answer or otherwise plead in response to Plaintiff's complaint.

-2-

2. Unless otherwise ordered by the Court, on or before March 25, 2014, Plaintiff shall file her opposition(s) to any motion(s) to dismiss the complaint filed by Defendants.

3. Unless otherwise ordered by the Court, on or before April 25, 2014, Defendants shall file their reply (or replies) in further support of any motion(s) to dismiss filed by Defendants.

4. Nothing herein shall preclude Defendants from filing a motion, to be briefed on a schedule to be so ordered by the Court, seeking a stay of these proceedings (including a further adjournment of Defendants' deadline to move, answer or otherwise plead in response to Plaintiff's complaint) until after it has been determined whether this case is to proceed in this Court.

s/ Michael R. Barrett

Hon. Michael R. Barrett
UNITED STATES DISTRICT JUDGE