

# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *FRANCIS ALEXANDER BOTTINI*

I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that FRANCIS ALEXANDER BOTTINI, #175783, was on the 19th day of January, 1995, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 13th day of February, 2014.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
I. H. CALANOC, *Deputy Clerk*