IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MILDRED A. NORTH,                               CASE NO.  1:13cv833

       Plaintiff,                              Judge Michael R. Barrett

  -vs-

KEVIN J. McNAMARA, at al.,

       Defendants.


### ORDER GRANTING MOTION FOR ADMISSION
### *PRO HAC VICE* OF FRANCIS A. BOTTINI, JR.

Before the Court is the February 13, 2014 Motion for Admission *Pro Hac Vice* of Francis A. Bottini, Jr.  (Doc. 17).

The Court finds that Francis A. Bottini, Jr., is an attorney in good standing admitted by the Supreme Court of the State of California.  Counsel consents to be subject to the jurisdiction and rules of this District governing professional conduct.

Having satisfied the requirements of S.D. Ohio L.R. 83 for admission *Pro Hac Vice*, the February 13, 2014 Motion for Admission *Pro Hac Vice* of Francis A. Bottini, Jr., as **CO-COUNSEL** for representation of Plaintiff, in this matter **ONLY**, is hereby **GRANTED**.

In the event *Pro Hac Vice* counsel has not yet received a login and password from the Clerk of Courts, they should promptly comply with the Court's "Electronic Filing Policies and Procedures Manual" for civil cases, which can be found at the Court's website, www.ohsd.uscourts.gov.  Specifically, all counsel should, if able, register for

1

electronic filing, which also enables counsel to receive electronic notice of case events. The Court may elect to send notices only to local counsel if local counsel, but not *Pro Hac Vice* counsel, is authorized to receive electronic notices.

The Clerk of Courts is hereby **DIRECTED** to serve Francis A. Bottini, Jr., with all future pleadings, documents, orders and other materials in this matter.

**IT IS SO ORDERED**.

s/ Michael R. Barrett
MICHAEL R. BARRETT, Judge
United States District Court